UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STACEY SELLNER,

       Petitioner,

v.  **ORDER**
Civil File No. 18-1423 (MJD/TNL)

WARDEN BARNES,

       Respondent.

Stacey Sellner, pro se.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 4, 2018. Petitioner Stacey Sellner filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Leung dated October 4, 2018.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 4, 2018 [Docket No. 4].

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 4, 2018        s/ Michael J. Davis
                               Michael J. Davis
                               United States District Court