# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STACEY SELLNER, | Case No. 18-CV-1423 (MJD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN BARNES, | |
| Respondent. | |

This matter is before the Court on the application to proceed *in forma pauperis* ("IFP") on appeal of petitioner Stacey Sellner. *See* ECF No. 9. After review, this Court concludes that Sellner qualifies financially for IFP status. Further, although the Court continues to believe Sellner's petition for a writ of habeas corpus was correctly dismissed, Sellner's appeal is not frivolous as the Supreme Court has defined that term. Accordingly, Sellner's IFP application is granted.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of petitioner Stacey Sellner [ECF No. 9] is GRANTED.

Dated: February 13, 2019      /s Michael J. Davis
                                                   Michael J. Davis
                                                   United States District Court